**NOT FOR PUBLICATION**

**FILED**

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT



| | |
|---|---|
| ALMONT AMBULATORY SURGERY CENTER, LLC, a California limited liability company; BAKERFIELD SURGERY INSTITUTE, LLC, a California limited liability company; CIRO SURGERY CENTER, LLC, a California limited liability company; EAST BAY AMBULATORY SURGERY, LLC, a California limited liability company; MODERN INSTITUTE OF PLASTIC SURGERY & ANTIAGING, INC., a California corporation; NEW LIFE SURGERY CENTER, LLC, DBA Beverly Hills Surgery Center, a California limited liability company; ORANGE GROVE SURGERY CENTER, LLC, a California limited liability company; SAN DIEGO AMBULATORY SURGERY CENTER, LLC, a California limited liability company; SAN JOAQUIN VALLEY SURGERY CENTER, LLC, a California limited liability company; SKIN CANCER & RECONSTRUCTIVE SURGERY SPECIALIST OF BEVERLY HILLS, INC., a California corporation; VALENCIA AMBULATORY SURGERY CENTER, LLC, a California limited liability company; WEST HILLS | No. 17-55301<br><br>D.C. No. 2:14-cv-02139-MWF-VBK<br><br>MEMORANDUM[*] |

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

SURGERY CENTER, LLC, a California limited liability company; PALMDALE SURGERY CENTER, LLC, a California limited liability company; INDEPENDENT MEDICAL SERVICES, INC., a California corporation,

Plaintiffs-Appellants,

v.

UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY; OPTUMINSIGHT, INC.; AMERICAN ASSOCIATION OF RETIRED PERSONS (AARP), a District of Columbia corporation; AARP EMPLOYEES WELFARE PLAN; ACCENTURE, LLP, a Delaware limited liability partnership; ACCOR NORTH AMERICA, INC., a Delaware corporation; ACCOR NORTH AMERICA, INC. GROUP INSURANCE PLAN, a Delaware corporation; ACTAVIS, INC., a Delaware corporation; ACTAVIS HEALTH AND WELFARE PLAN; ACUSHNET COMPANY, a Delaware corporation; ACUSHNET COMPANY CONSOLIDATED HEALTH AND WELFARE PLAN; ADP TOTALSOURCE, INC., a Florita corporation; ADP TOTALSOURCE INC. HEALTH AND WELFARE PLAN; AEGIS MEDIA AMERICAS, INC., a Delaware corporation; AEGIS MEDIA NORTH AMERICA WELFARE

2

BENEFIT PLAN; AEGON USA, LLC, an Iowa limited liability company; AEGON COMPANIES FLEXIBLE BENEFITS PLAN; AERA ENERGY SERVICES COMPANY, a Delaware corporation; AERA ENERGY SERVICES COMPANY MEDICAL BENEFITS PLAN; AIR LIQUIDE USA, LLC, a Delaware liability company; AIR LIQUIDE USA, LLC GROUP BENEFITS PLAN; AKZO NOBEL, INC., a Delaware corporation; AKZO NOBEL, INC. SALARIED EMPLOYEES GROUP BENEFITS PROGRAM; ALCON LABORATORIES, INC., a Delaware corporation; ALCON LABORATORIES, INC. VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION TRUST; ALL AMERICAN CONTAINERS, INC.; ALL AMERICAN CONTAINERS INC. WELFARE BENEFIT PLAN; ALLSTATE INSURANCE COMPANY; ALLSTATE CAFETERIA PLAN; ALPHA MECHANICAL, INC.; ALPHA MECHANICAL HEATING & AIR CONDITIONING INC. HEALTH INSURANCE PLAN; ALTEC INDUSTRIES, INC.; AMERICAN AIRLINES, INC.; GROUP LIFE AND HEALTH BENEFITS PLAN; AMERICAN BUILDING SUPPLY, INC.; AMERICAN BUILDING SUPPLY, INC. EMPLOYEES BENEFIT PLAN; AMERICAN FINANCIAL GROUP, INC.; AMERICAN FINANCIAL GROUP, INC. GROUP WELFARE BENEFIT PLAN; AMERICAN INTERNATIONAL

3

GROUP, INC.; AMERICAN INTERNATIONAL GROUP INC. MEDICAL PLAN; ANHEUSER-BUSCH COMPANIES, INC.; ANHEUSER-BUSCH EMPLOYEES BENEFIT TRUST; ANIXTER, INC.; ANIXTER INC. GROUP INSURANCE; ANN, INC.; ANN, INC. WELFARE BENEFITS PLAN; ANSCHUTZ ENTERTAINMENT GROUP, INC.; AEG EMPLOYEE HEALTH & WELFARE PLAN; APARTMENT MANAGEMENT CONSULTANTS BENEFITS PLAN; APL LIMITED; WELFARE PLAN FOR EMPLOYEES OF APL LIMITED; APPLE, INC. HEALTH AND WELFARE BENEFIT PLAN; APPLE AMERICAN GROUP LLC; APPLE AMERICAN GROUP LLC SECTION 125 PLAN; APTCO, LLC; ARDENT SERVICES, LLC; ARDENT SERVICES, LLC MEDICAL PLAN; AT&T INC.; AT&T UMBRELLA BENEFIT PLAN; AT&T MOBILITY LLC; CINGULAR WIRELESS MEDICAL PLUS PLAN; ATI SYSTEMS INTERNATIONAL, INC.; ATI SYSTEMS; AUCTION.COM, LLC; AUCTION.COM EMPLOYEE BENEFIT PLAN; AUTOMATIC DATA PROCESSING, INC.; AUTOMATIC DATA PROCESSING, INC. FLEX 2000 PLAN; AVON PRODUCTS, INC.; AVON PRODUCTS, INC. MEDICAL PLAN FOR ACTIVE EMPLOYEES; BAKER HUGHES INC.; BAKER HUGHES, INC. WELFARE BENEFITS PLAN; BARNES & NOBLE INC.;

BARNES & NOBLE INC. COMPREHENSIVE MEDICAL AND DENTAL PLAN; BAUSCH & LOMB INCORPORATED; BAUSCH & LOMB COMPREHENSIVE MEDICAL PLAN; BAYSIDE MANAGEMENT COMPANYLLC EMPLOYEE BENEFIT PLAN; BAYSIDE MANAGEMENT COMPANY, LLC; BBA AVIATION USA, INC.; BBA AVIATION, INC. BENEFIT PLAN; BECTON DICKINSON AND COMPANY GROUP LIFE AND HEALTH PLAN; BECTON, DICKINSON AND COMPANY; BELMONT VILLAGE, LP; BELMONT VILLAGE LP HEALTHCARE BENEFITS PLAN; BEST BUY CO. INC.; BEST BUY FLEXIBLE BENEFITS PLAN; BEST MEDICAL INTERNATIONAL, INC.; BEST MEDICAL INTERNATIONAL BENEFIT PLAN; BLACK BOX NETWORK SERVICES, INC.; BLACK BOX NETWORK SERVICES GROUP MEDICAL PLAN; BMW OF NORTH AMERICA, LLC; BMW OF NORTH AMERICA LLC HEALTH AND WELFARE PLANS; BNSF RAILWAY COMPANY; BNSF RAILWAY COMPANY FLEXIBLE BENEFIT PLAN; BOAT AMERICA CORPORATION; BOAT U.S. HEALTH PLAN; BOSTON MARKET CORPORATION; BOSTON MARKET CORPORATION HEALTH AND WELFARE PLAN; BRADY CORPORATION; W.H. BRADY CO.

INSURED BENEFITS PLAN; ADVANCE/NEWHOUSE PARTNERSHIP HEALTH BENEFITS PLAN; BRINKER SERVICES CORPORATION; BRINKER INTERNATIONAL, INC. WELFARE BENEFIT PLAN; BRINK'S INCORPORATED; THE BRINKS COMPANY COMPREHENSIVE HEALTH AND WELFARE PLAN; BUCA RESTAURANTS 2, INC.; BUCA INC. HEALTH CARE BENEFIT PLAN; BUILDING MATERIALS CORPORATION OF AMERICA; GAF MATERIALS CORPORATION WELFARE BENEFIT PLAN; BUPA WORLDWIDE CORPORATION; BUPA WORLDWIDE CORPORATION HEALTH & BENEIFTS PLAN; BWAY CORPORATION; BWAY CORPORATION COMPREHENSIVE MEDICAL PLAN; CALIBER HOME LOANS, INC.; VERICREST FINANCIAL, INC. WELFARE AND BENEFITS PLAN; CALIFORNIA CHARTER SCHOOLS ASSOCIATION; CCSA EMPLOYEE BENEFIT WELFARE TRUST C/O BRMS; CBEYOND COMMUNICATIONS LLC; CBEYOND COMMUNICATIONS HEALTH AND WELFARE PLAN; CBIZ MHM, LLC; CBIZ INC. GROUP HEALTH AND WELFARE PLAN; CBS CORPORATION; CBS HEALTH AND WELFARE BENEFITS PLAN; CEC ENTERTAINMENT CONCEPTS LP; CEC ENTERTAINMENT WELFARE

BENEFIT PLAN; CENTRAL PARKING SYSTEM; CENTRAL PARKING SYSTEM HEALTH AND WELFARE PLAN; CENTRIC GROUP LLC; CENTRIX GROUP HOSPITAL PLAN; CGX ENERGY, LLC; COGENTRIX ENERGY, LLC GROUP INSURANCE PLAN; C.H. ROBINSON COMPANY, INC.; C.H. ROBINSON COMPANY GROUP HEALTH MAJOR MEDICAL PLAN; CHARLOTTE RUSSE, INC.; CHARLOTTE RUSSE HOLDING, INC. WELFARE BENEFIT PLAN; CHARMING SHOPPES, INC.; CHARMING SHOPPES, INC. MEDICAL PLAN; CHEVRON CORPORATION; CHEVRON CORPORATION OMNIBUS HEALTH CARE PLAN; CHILD DEVELOPMENT INCORPORATED; CDI GROUP WELFARE PLAN; CITIGROUP MANAGEMENT CORP.; CITIGROUP HEALTH BENEFIT PLAN; CNA FINANCIAL CORPORATION HEALTH AND GROUP BENEFITS PROGRAM; COGNIZANT TECHNOLOGY SOLUTIONS CORP.; COGNIZANT HEALTH & WELFARE BENEFIT PLAN; COMFORT SYSTEMS USA, INC.; COMFORT SYSTEMS USA HEALTH & WELFARE PLAN; COMMSCOPE, INC. OF NORTH CAROLINA; COMMSCOPE WELFARE BENEFIT PLAN; CONESYS EMPLOYEE BENEFIT PLAN; CONMED CORPORATION; CONMED CORPORATION HEALTHCARE PLAN; CONSTRUCTION TEAMSTERS

SECURITY FUND FOR SOUTHERN CALIFORNIA; COURT BUSINESS SERVICES CORPORATION; COURT BUSINESS SERVICES CORPORATION GROUP INSURANCE PLAN; COVIDIEN, LP; COVIDIEN HEALTH & WELFARE BENEFITS PLAN; CREDIT SUISSE SECURITIES (USA), LLC; CREDIT SUISSE SECURITIES (USA) LLC GROUP HEALTH CARE PLAN; CROWLEY MARITIME CORPORATION; CROWLEY MARITIME CORPORATION WELFARE HEALTH LIFE & ACCIDENTAL DEATH & DISMEMBERMENT PLANS; CYTEC INDUSTRIES, INC.; CYTEC INDUSTRIES INC. HEALTH AND WELFARE PLAN; DANAHER CORPORATION; DANAHER CORPORATION & SUBSIDIARIES MEDICAL PLAN; DARDEN GROUP LIFE AND HEALTH BENEFIT PLAN FOR SALARIED EMPLOYEES; DARDEN RESTAURANTS INC.; DEERE & COMPANY; DELOITTE & TOUCHE WELFARE BENEFIT PLAN; DELOITTE, LLP; DELTA AIR LINES, INC.; DELTA FAMILY-CARE MEDICAL PLAN; DENSO SALES CALIFORNIA, INC.; DENSO SALES CALIFORNIA, INC. GROUP INSURANCE PLAN; DIAGEO NORTH AMERICA, INC.; DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE INSURANCE PLAN FOR SALARIED AND RETIRED

EMMPLOYEES; DISCOVERY COMMUNICATIONS WELFARE BENEFIT PLAN; DISCOVERY COMMUNICATIONS, LLC; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. WELFARE BENEFIT PLAN; JOHN DEERE FLEXIBLE BENEFITS PLAN; PRODUCERS' HEALTH BENEFITS PLAN; DS WATERS OF AMERICA, INC.; DS WATERS OF AMERICA, INC. HEALTH AND WELFARE PLAN; DR. PEPPER SNAPPLE GROUP, INC.; DR. PEPPER SNAPPLE GROUP, INC. HEALTH PLAN; DRIVETIME AUTOMOTIVE GROUP, INC.; DRIVETIME WELFARE BENEFIT PLAN; ECOLAB HEALTH AND WELFARE BENEFITS PLAN; ECOLAB, INC.; EDWARD D. JONES & CO. EMPLOYEES HEALTH AND WELFARE PROGRAM; EDWARD D. JONES & CO., L.P.; EMCOR GROUP, INC.; EMCOR GROUP, INC. EMPLOYEE WELFARE PLAN; ENSIGN US DRILLING EMPLOYEE BENEFIT PLAN; ENSIGN UNITED STATES DRILLING, INC.; ENTERPRISE HOLDINGS HOSPITAL INSURANCE PLAN; ENTERPRISE HOLDINGS, INC.; ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.; ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. LIFE LTD. TRAVEL ACCIDENT, VISION SERVICE, MEDICAL DENTAL;

EQUITY RESIDENTIAL PROPERTIES TRUST GROUP INSURANCE PLAN; EQUITY RESIDENTIAL SERVICES, LLC; ERNST & YOUNG MEDICAL PLAN; ERNST & YOUNG, LLP; ESSILOR OF AMERICA, INC.; ESSILOR OF AMERICA, INC. EMPLOYER WELFARE BENEFIT PLAN; ESTEE LAUDER, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC. HEALTH AND WELFARE PLAN; EXPRESS MESSENGER SYSTEMS, INC.; EXPRESSJET AIRLINES, INC.; EXPRESSJET AIRLINES, INC. CONSOLIDATED WELFARE BENEFIT PLAN; FARMERS GROUP, INC.; FARMERS GROUP, INC. EMPLOYEE PREPAID BENEFIT PLAN; ESTEE LAUDER COMPANIES, INC.; FC USA INC. BENEFITS; FC USA, INC.; FNPC HEALTH AND WELFARE PLAN; FIDELITY BROKERAGE SERVICES, LLC; FIDELITY GROUP EMPLOYEES MEDICAL, DENTAL AND CAFETERIA PLAN; FIFTH & PACIFIC COMPANIES, INC.; FINRA DISPUTE RESOLUTION, INC.; FINRA EMPLOYEE GROUP MEDICAL; FISERV, INC.; FISERV, INC. WELFARE BENEFIT PLAN; FIVE STAR QUALITY CARE; FIVE STAR QUALITY CARE-CA, INC.; FLEXTRONICS EMPLOYEE BENEFITS PLAN; FLEXTRONICS INTERNATIONAL USA, INC.; FOOT LOCKER RETAIL, INC.; FOOT

LOCKER WELFARE BENEFIT PAYMENT PLAN; FOX ENTERTAINMENT GROUP, INC.; FOX HEALTH PLAN; FUGATE AVIATION, INC.; FUGATE ENTERPRISES EMPLOYEE WELFARE BENEFIT PLAN; FUTURE ELECTRONICS CORP.; FUTURE ELECTRONICS CORP. GROUP INSURANCE PLAN; G4S SECURE SOLUTIONS, INC.; GAP INC. HEALTH AND LIFE PLAN; GE GLOBAL HEALTH PLAN; GF HEALTH PRODUCTS, INC.; GP STRATEGIES CORPORATION; GP STRATEGIES CORPORATION WELFARE BENEFIT PLAN; GAP, INC.; GENERAL ELECTRIC COMPANY; GENERAL PARTS, INC.; GENERAL PARTS, INC. EMPLOYEE BENEFITS PLAN MEDICAL INSURANCE; GENON ENERGY GROUP WELFARE BENEFITS PLAN; GENON ENERGY SERVICES, LLC; GENPACT PROCESS SOLUTIONS, LLC; GENPACT WELFARE BENEFIT PLAN; GEORG FISCHER EMPLOYEE BENEFIT PLAN; GEORG FISCHER SIGNET, LLC; GEORGIA-PACIFIC LLC; GLAXOSMITHKLINE HEALTH AND WELFARE BENEFITS PLAN FOR US EMPLOYEES; GLAXOSMITHKLINE, LLC; GREAT-WEST LIFE & ANN INS FLEXIBLE BENEFIT PLAN; GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY; WELFARE TRUST FOR G4S SECURE SOLUTIONS USA INC. AND AFFILIATES; GTECH

11

CORPORATION; GTECH CORPORATION PARTICIPANT BENEFIT PLAN; GREYSTAR MANAGEMENT SERVICES, LP; GREYSTAR MANAGEMENT SERVICES, LLP; HD SUPPLY HEALTH AND WELFARE PROGRAM; HD SUPPLY, INC.; HEALTH INVENTURES HEALTH AND WELLNESS BENEFIT PLAN; HEALTH INVENTURES, LLC; HEARTLAND AUTOMOTIVE SERVICES, INC.; HEARTLAND AUTOMOTIVE SERVICES, INC. GROUP MEDICAL AND LIFE PLAN; HEWLETT-PACKARD COMPANY; HEWLETT-PACKARD COMPANY HEALTH MAINTENANCE ORGANIZATION PROGRAM; HONEYWELL INTERNATIONAL INC. BENEFIT PLAN; HONEYWELL INTERNATIONAL, INC.; HOT TOPIC, INC.; HOT TOPIC, INC. HEALTH AND WELFARE PLAN; HOTELS AB, LLC; THE STANDARD/HOTELS AB WELFARE BENEFIT PLAN; HUHTAMAKI AMERICAS, INC.; HUHTAMAKI AMERICAS, INC. GROUP INSURANCE PLAN; IMORTGAGE.COM, INC. CAFETERIA PLAN; IMORTGAGE.COM. INC.; ING AMERICAS WELFARE BENEFITS PLAN; ING NORTH AMERICA INSURANCE CORPORATION; INFORMA USA, INC.; INFORMA USA, INC. AND SUBSIDIARIES INSURANCE PLAN; INGRAM MICRO, INC.; INSPERITY GROUP HEALTH

PLAN; INSPERITY HOLDINGS, INC.; INSTANT WEB, INC.; INTEGRA LIFESCIENCES CORP. MEDICAL/PRESCRIPTION, DENTAL AND STD PLAN; INTEGRA LIFESCIENCES CORPORATION; INTELSAT CORPORATION; INTELSAT GROUP WELFARE BENEFITS PLAN; INTER-RAIL TRANSPORT, INC.; INTER-RAIL, INC. EMPLOYEE HEALTH PLAN; INTERCARE HOLDINGS, INC.; INTERCARE HOLDINGS, INC. HEALTH & WELFARE PLAN; ISTANT WEB INC. AND SUBSIDIARY MEDICAL BENEFIT PLAN; IBM MEDICAL & DENTAL PLAN FOR REGULAR AND PART-TIME EMPLOYEES; INX INTERNATIONAL GROUP MEDICAL/DENTAL PLAN; INX INTERNATIONAL INK CO.; INTERNATIONAL ALUMINUM CORPORATION; INTERNATIONAL ALUMINUM CORPORATION HEALTH AND WELFARE PLANS; INTERNATIONAL BUSINESS MACHINES CORPORATION; INTERNATIONAL PAPER COMPANY; INTERNATIONAL PAPER GROUP INSURANCE PLAN; INTERNATIONAL SPEEDWAY CORPORATION; INTERNATIONAL SPEEDWAY CORPORATION WELFARE BENEFIT PLAN; INTERSTATE HOTELS & RESORTS BENEFITS PROGRAM; INTERSTATE HOTELS & RESORTS, INC.; J.C. PENNEY CORPORATION,

13

INC.; J.C. PENNEY CORPORATION, INC. HEALTH & WELFARE BENEFITS PLAN; JPMORGAN CHASE & CO.; JACK IN THE BOX, INC.; JACK IN THE BOX, INC. CREW EMPLOYEES HEALTH & WELFARE PLAN; JACKSON LEWIS LLP WELFARE PLAN; JACKSON LEWIS, LLP; JACOBS ENGINEERING GROUP, INC.; JACOBS ENGINEERING GROUP, INC. EMPLOYEE GROUP INSURANCE PLAN; JETBLUE AIRWAYS CORPORATION; JETBLUE AIRWAYS GROUP HEALTH INSURANCE PLAN; THE JPMORGAN CHASE HEALTH & PROTECTION PLAN FOR ACTIVE EMPLOYEES; JONES LANG LASALLE AMERICAS, INC.; JONES LANG LASALLE GROUP BENEFITS PLAN; KELLY MITCHELL GROUP INC. MEDICAL PLAN; KELLY MITCHELL GROUP, INC.; EMPLOYEE BENEFIT PLAN OF THE COMPASS GROUP USA, INC.; KLA-TENCOR CORPORATION GROUP INSURANCE PLAN; KLA-TENCOR CORPORATION; KMI FLEXIBLE BENEFIT PLAN; KINDER MORGAN G.P., INC.; KINETIC CONCEPTS, INC.; KINETICS CONCEPTS INC. EMPLOYEE BENEFITS TRUST; KONICA MINOLTA BUSINESS SOLUTIONS USA, INC; L BRANDS, INC.; L'OREAL USA S/D, INC.; L'OREAL USA, INC. COMPREHENSIVE MEDICAL PLAN; LA-Z-BOY INCORPORATED; LA-Z-BOY INCORPORATED MEDICAL

PLAN; LARSON-JUHL US LLC WELFARE PLAN; LARSON-JUHL US LLC WELFARE PLAN; LARSON-JUHL US, LLC; LEAVITT GROUP AGENCY ASSOCIATION; LEAVITT GROUP AGENCY ASSOCIATION HEALTH BENEFIT PLAN; LEVEL 3 COMMUNICATIONS, INC. WELFARE BENEFIT PLAN; LEVEL 3 COMMUNICATIONS, LLC; LEVY RESTAURANTS, INC.; LIMITED BRANDS, INC. HEALTH AND WELFARE BENEFITS PLAN; LINDE NORTH AMERICA, INC.; LINDE NORTH AMERICA, INC. INSURANCE PLAN; MISA GROUP BENEFIT PLANS; MAERSK INC. ACTIVE NONUNION HEALTH AND WELFARE PLAN; MAERSK, INC.; MAKO SURGICAL CORP HEALTH AND WELFARE PLAN; MARUBENI ITOCHU STEEL AMERICA, INC.; HEALTH CARE PLAN OF THE EMPLOYEES OF MCM CORP.; MCM CORPORATION; MARY KAY, INC.; MAY KAY, INC. COMPREHENSIVE EMPLOYEE HEALTH AND WELFARE PLAN; MCMASTER-CARR SUPPLY COMPANY; MCMASTER-CARR SUPPLY COMPANY GROUP INSURANCE PROGRAM; MEDCO HEALTH SOLUTIONS, INC.; MEDCO HEALTH SOLUTIONS, INC. WELFARE BENEFIT PLAN; MEDEGEN WELFARE BENEFIT PLAN; MEDEGEN, INC.; MEDICAL SPECIALTIES DISTRIBUTORS, LLC; MEDICAL

15

SPECIALTIES DISTRIBUTORS, LLC GROUP BENEFIT PLAN; MIDAMERICAN ENERGY COMPANY; MIDAMERICAN ENERGY COMPANY WELFARE BENEFIT PLAN; MILLARD REFRIGERATED SERVICES, INC.; MILLARD REFRIGERATED SERVICES, INC. GROUP MAJOR MEDICAL; MOBILE MINI, INC.; MOBILE MINI, INC. BENEFIT PLAN; MOCEAN HEALTH AND WELFARE BENEFITS PLAN; MOCEAN, LLC; MONAVIE, LLC; MONAVIE, LLC FRINGE BENEFIT PLAN; WELFARE BENEFIT PLAN FOR EES. OF METROPOLITAN LIFE; AMPLAN, THE AMTRAK UNION BENEFITS PLAN; GROUP INSURANCE PLAN FOR EMPLOYEES OF NEC AND AFFILIATES; HEALTH INSURANCE PLAN OF MULTIPLAN, INC.; MONROVIA NURSERY COMPANY; MONROVIA NURSERY COMPANY EMPLOYEE BENEFIT PLAN; MOUNTAIN VALLEY EXPRESS CO. INC. WELFARE BENEFIT PLAN; MOUNTAIN VALLEY EXPRESS CO., INC.; MULTIPLAN, INC.; MYRIAD GENETICS, INC.; MYRIAD GENETICS, INC. WELFARE BENEFIT PLAN; NCH CORPORATION; NCH CORPORATION EMPLOYEE LIFE AND HEALTH BENEFIT PLAN; NEC CORPORATION OF AMERICA; NPL CONSTRUCTION CO.; NPL CONSTRUCTION CO. EMPLOYEE HEALTH BENEFIT PLAN; NRC PAYROLL MANAGEMENT

HEALTH AND WELFARE PLAN; NRC PAYROLL MANAGEMENT, LLC; NATIONAL CAPTIONING INSTITUTE, INC.; NATIONAL CAPTIONING INSTITUTE, INC. HEALTH & WELFARE BENEFITS PLAN; NATIONAL MENTOR HOLDINGS, LLC; NATIONAL MENTOR HOLDINGS, LLC FLEXIBLE BENEFIT PLAN; NATIONAL RAILROAD PASSENGER CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION CHOICEPLUS CAFETIRIA PLAN; NATIONSTAR MORTGAGE GROUP HEALTH AND WELFARE BENEFIT PLAN; NATIONSTAR MORTGAGE LLC; NEFF RENTAL LLC HEALTH & WELFARE PLAN; NEFF RENTAL, LLC; NETAPP, INC.; NETAPP, INC. GROUP HEALTH PLAN; NEW BREED CORPORATE SERVICES, INC.; NEW BREED CORPORTE SERVICES INC. WELFARE BENEFIT PLAN; NIKE, INC.; NIKE, INC. GROUP INSURANCE PLAN; NORTHROP GRUMMAN CORPORATION GROUP BENEFITS PLAN; NORTHROP GRUMMAN CORP.; NOVARTIS PHARMACEUTICALS CORP. WELFARE BENEFITS PLAN; NOVARTIS PHARMACEUTICALS CORPORATION; NURSEFINDERS, INC.; NURSEFINDERS, LLC; ALCAN SALARIED WELFARE BENEFITS PROGRAM; GROUP BENEFITS PLAN FOR EMPLOYEES OF PARSONS

CORPORATION & DESIGNATED SUBSIDIARIES; GROUP INSURANCE PLAN HOURLY AND SALARIED EMPLOYEES OF PARKER HANNIFIN CORP.; OCLC EMPLOYEE WELFARE BENEFIT PLAN; OCLC ONLINE COMPUTER LIBRARY CENTER, INC.; OLD DOMINION EMPLOYEE BENEFIT PLAN; OLD DOMINION FREIGHT LINE, INC.; OLIN CORPORATION; OLIN MEDICAL/DENTAL PLAN; ORIX USA CORPORATION; ORIX USA CORPORATION WELFARE PLAN; OSRAM SYLVANIA, INC.; OSRAM SYLVANIA, INC. PLAN FOR GROUP INSURANCE; PANALPINA, INC.; PANALPINA, INC. WELFARE BENEFITS PLAN; PARKER-HANNIFIN CORPORATION; PARSONS CORPORATION; PAYLESS SHOESOURCE, INC.; PAYLESS SHOESOURCE, INC. MEDICAL PLAN; PECHINEY PLASTIC PACKAGING, INC.; PENTAIR, INC.; PENTAIR, INC. ACTIVE EMPLOYEE WELFARE PLAN; PEFORMANCE FOOD GROUP INC. EMPLOYEE BENEFITS PLAN; PERFORMANCE FOOD GROUP, INC.; PERKINS FLEXIBLE BENEFITS PLAN; PEROT SYSTEMS CORPORATION; PEROT SYSTEMS CORPORATION HEALTH WRAP PLAN; PETCO ANIMAL SUPPLIES INC. GROUP BENEFIT PLAN AND TRUST; PETER KIEWIT SONS', INC.; PETER KIEWIT SONS', INC. HEALTH AND WELFARE

PLAN; PETSMART SMARTCHOICES BENEFIT PLAN; PETSMART, INC.; PFIZER MEDICAL PAN; PFIZER, INC.; PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC; PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC WELFARE BENEFIT PLAN; PLAINS ALL AMERICAN GP LLC EMPLOYEE BENEFIT PLAN; PLAINS ALL AMERICAN GP, LLC; PLATINUM HOME MORTGAGE CORPORATION; GROUP INSURANCE PLAN FOR EMPLOYEES OF REXAM, INC.; PPS HOLDINGS, INC.; PPS HOLDINGS, INC. EMPLOYEE BENEFIT PLAN; PSC ENVIRONMENTAL SERVICES, LLC; PSC, LLC GROUP WELFARE BENEFITS PLAN; PSN USA HOLDINGS, INC.; PSN USA HOLDINGS, INC. WELFARE BENEFIT PLAN; PLAYBOY ENTERPRISES INTERNATIONAL, INC.; PLAYBOY HEALTH BENEFIT PLAN; PRADA USA CORP.; PRADA USA CORPORATION WELFARE BENEFIT PLAN; PRECYSE SOLUTIONS, INC.; PRIME ADMINISTRATION LLC CONSOLIDATED HEALTH & WELFARE PLAN; PRIME ADMINISTRATION, LLC; PROBUILD HOLDINGS, INC.; PROBUILD HOLDINGS, INC. WELFARE BENEFIT PLAN; PROCTOR & GAMBLE RHD, INC.; PROGRESSIVE LOGISTICS SERVICES, LLC; PROGRESSIVE LOGISTICS SERVICES, LLC MEDICAL

& LIFE INSURANCE BENEFITS PLAN; QBE FIRST GROUP HEALTH AND WELFARE PLAN; QBE FIRST INSURANCE AGENCY, INC.; QUANTUM CORPORATION; QUANTUM CORPORATION HEALTH AND WELFARE PLAN; RAINBOW USA, INC.; RAINBOW USA, INC. MEDICAL PLAN; RAYTHEON COMPANY; RAYTHEON HEALTH BENEFITS PLAN; RED WING SHOE COMPANY FLEXIBLE BENEFIT PLAN; RED WING SHOE COMPANY, INC.; REXAM, INC.; TIRE CENTERS, LLC EMPLOYEE BENEFIT PLAN; TIRE CENTERS, LLC; TOSHIBA AMERICA INC. GROUP WELFARE BENEFIT PLAN; TOSHIBA AMERICA, INC; TOWERS WATSON AMERICA, LLC; TOWERS WATSON MEDICAL PLAN; TRIBUNE COMPANY; TRIBUNE COMPANY BENEFIT PROGRAM; TRINET HR CORPORATION; TUCKER ELLIS & WEST LLP WELFARE BENEFIT PLAN; TUCKER ELLIS, LLP; U.S. AUTO PARTS NETWORK, INC.; U.S. NURSING CORPORATION; UPM RAFLATAC, INC.; UPM-RAFLATAC, INC. HEALTH AND WELFARE BENEFIT PLAN; US AIRWAYS GROUP, INC.; US AUTO PARTS NETWORK INC. HEALTH AND WELFARE BENEFIT PLAN; US NURSING CORP. EMPLOYEE BENEFIT PLAN; UNION BANK HEALTH BENEFIT PLAN; UNION

BANK, N.A.; UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN; UNITED AIRLINES, INC.; UNIVISION COMMUNCATIONS, INC.; UNIVISION WELFARE BENEFITS PLAN; URBAN DECAY COSMETICS HEALTH AND WELFARE PLAN; URBAN DECAY COSMETICS, LLC; USA TRUCK INC. WELFARE BENEFIT PLAN; USA TRUCK, INC.; UTI SERVICES, INC.; UTI SERVICES, INC. WELFARE BENEFITS PLAN; VALEANT PHARMACEUTICALS INTERNATINAL GROUP WELFARE PLAN; VALEANT PHARMACEUTICALS INTERNATIONAL; VELOCITY EXPRESS LLC FLEXIBLE BENEFITS PLAN; VELOCITY EXPRESS, LLC; VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA CORP. EMPLOYEE HEALTH BENEFIT PLAN; VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA, LLC; VERIZON COMMUNICATIONS, INC.; VERIZON PLAN 550; VIA TECHNOLOGIES, INC.; VIA TECHNOLOGIES, INC. HEALTH AND WELFARE PLAN; GROUP BENEFITS PLAN FOR EMPLOYEES OF WORLEYPARSONS CORPORATION; HEALTH & WELFARE BENEFIT PLANS OF VULCAN MATERIALS COMPANY; VIACOM HEALTH PLAN; VIACOM, INC.; VOLT INFORMATION SCIENCES, INC.; VOLT INFORMATION SCIENCES, INC. AND

21

AFFILIATE EMPLOYEE WELFARE BENEFITS PLAN; VULCAN MATERIALS COMPANY; W. W. GRAINGER INC. GROUP BENEFIT PLAN I; W. W. GRAINGER, INC.; WACHOVIA CORPORATION HEALTH AND WELFARE PLAN; WACHOVIA FINANCIAL SERVICES, INC.; WALMART INC.; WAL-MART STORES, INC. ASSOCIATES HEALTH AND WELFARE PLAN; WE'RE READY TO ASSEMBLE; WE'RE READY TO ASSEMBLE, INC.; WELLS FARGO & CO. HEALTH PLAN; WELLS FARGO & COMPANY; WESTWAYS STAFFING SERVICES HEALTH PLAN; WESTWAYS STAFFING SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; WHOLE FOODS MARKET, INC. CAFETERIA PLAN; WILLIAMS-SONOMA STORES, INC.; WILLIAMS-SONOMA, INC. HEALTH & WELFARE PLAN; WIPRO HEALTH AND WELFARE PLAN; WIPRO LIMITED; WOLVERINE WORLD WIDE, INC.; WOLVERINE WORLDWIDE FLEXIBLE SPENDING ACCOUNT PLAN; WORLD TRAVEL HOLDINGS, INC.; WORLD TRAVEL HOLDINGS, INC. FLEXIBLE BENEFIT PLAN; WORLEYPARSONS CORPORATION; WSA GROUP; WSA GROUP, INC.; WYNRIGHT CORPORATION; WYNRIGHT WELFARE BENEFIT PLAN; XETA TECHNOLOGIES, INC.; XETA TECHNOLOGIES, INC. WELFARE

BENEFIT PLAN; YUM! BRANDS, INC.; YUM! BRANDS, INC. RESTAURANT EMPLOYEES GROUP INSURANCE PLAN; ZALE CORPORATION; ZALE CORPORATION BENEFITS PLAN; TOWERS WATSON AMERICA, LLC; UNITEDHEALTH GROUP EMPLOYEE HEALTH BENEFIT PLAN; ACCENTURE UNITED STATES GROUP HEALTH PLAN; ADVANCE/NEWHOUSE PARTERNERSHIP; AEGON COMPANIES MEDICAL PLAN; ALCATEL-LUCENT RETIREE WELFARE BENEFITS PLAN; ALCATEL-LUCENT USA, INC.; AMERICAS INC BENEFITPLUS FLEXIBLE BENEFITS PLAN; BIOMED REALTY L.P.; BIOMED REALTY L.P. WELFARE BENEFITS PLAN; CROWLEY HOLDINGS, INC.; DARDEN GROUP LIFE AND HEALTH BENEFIT PLAN FOR HOURLY EMPLOYEES; DARDEN GROUP LIFE AND HEALTH BENEFIT PLAN FOR SALARIED EMPLOYEES; DELOITTE & TOUCHE GROUP INSURANCE PLAN; DELTA ACCOUNT-BASED HEALTHCARE PLAN; DENSO SALES CALIFORNIA, INC. GROUP LIFE, ACCIDENT, MEDICAL & DENTAL INSURANCE; DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE INSURANCE PLAN FOR HOURLY AND RETIRED EMPLOYEES; DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND

23

LIFE INSURANCE PLAN FOR SALARIED AND RETIRED EMMPLOYEES; DIAGEO NORTH AMERICA, INC. MEDICAL CARE AND LIFE INSURANCE PLAN FOR HOURLY AND RETIRED EMPLOYEES; G6 HOSPITALITY GROUP INSURANCE PLAN ACTAVIS, INC.; HOLDINGS INC WELFARE HEALTH LIFE & ACCIDENTAL DEATH & DISMEMBERMENT PLANS; INTERNATIONAL, INC.; JOHN DEERE HEALTH BENEFIT PLAN FOR WAGE EMPLOYEES; KATE SPADE & COMPANY; NATIONAL MEDICAL CARE, INC.; NATIONAL MEDICAL CARE, INC. GROUP MEDICAL, DENTAL, LIFE AND AD&D PLAN; THE BMS ENTERPRISES, INC.; THE BMS ENTERPRISES, INC. PLAN; THE ESTAEE LAUDER COMPANIES, INC.; THE JOHN DEERE HEALTH BENEFIT PLAN FOR SALARIED EMMPLOYEES; WELFARE BENEFITS PLAN; CROWLEY HOLDINGS, INC. WELFARE HEALTH LIFE & ACCIDENTAL DEATH & DISMEMBERMENT PLANS; TOWERS WATSON & CO.; BRIGHT HORIZONS CHILDREN'S CENTERS, LLC; BRIGHT HORIZONS FLEXIBLE BENEFIT PLAN; BUCKEYE TECHNOLOGIES COMPREHENSIVE HEALTH CARE PLAN; BUCKEYE TECHNOLOGIES, INC.; BUILD-A-BEAR WORKSHOP, INC.; BUILD-A-BEAR WORKSHOP, INC. WELFARE BENEFIT PLAN;

EDGEWOOD MANAGEMENT CORPORATION; GLOBAL MAIL, INC.; GLOBAL MAIL, INC. WELFARE PLAN; MID-CITY FINANCIAL/EDGEWOOD MANAGEMENT; PSI SERVICES, LLC; PSI SERVICES, LLC HEALTH AND WELFARE BENEFITS PLAN; POLYAIR CORPORATION; POLYAIR CORPORATION FLEXIBLE BENEFITS PLAN; NATIONAL RAILWAY CARRIERS; NESTLE WATERS NORTH AMERICA HOLDINGS GROUP BENEFITS PLAN; NESTLE WATERS NORTH AMERICA, INC.; UNITED TRANSPORTATION UNION HEALTH & WELFARE PLAN; W.W. GRAINGER INC. GROUP BENEFIT PLAN II; WINDSTREAM COMPREHENSIVE PLAN OF GROUP INSURANCE; WINDSTREAM CORPORATION; APL LIMITED MEDICAL WELFARE BENEFIT PLAN; HEWLETT-PACKARD COMPREHENSIVE WELFARE BENEFITS PLAN; THE GAP, INC.; THE GAP, INC. HEALTH AND LIFE PLAN; DOES; CONESYS, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

25

Before: O'SCANNLAIN and FRIEDLAND, Circuit Judges, and EZRA,[***] District Judge.

Plaintiff Almont Ambulatory Surgery Center, LLC along with twelve other surgical centers and one physicians' medical group (collectively "Almont") appeal four orders by the district court denying (1) Almont's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), (2) Almont's motion to disqualify district court Judge Michael Fitzgerald, (3) Almont's application to file documents in support of the disqualification motion *in camera*, and (4) Almont's motion for reconsideration of the Rule 60(b) order pursuant to Federal Rule of Civil Procedure 59(e). Because the facts are known to the parties, we repeat them only as necessary to explain our decision.

As an initial matter, the employee welfare plan defendants (collectively "UnitedHealth") argue that we lack jurisdiction to review the district court's denial of Almont's Rule 60(b) motion, because such denial was not included in the notice of appeal for this case. *See Almont Ambulatory Surgery Ctr., LLC v. UnitedHealth Grp.,*

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

*Inc.*, No. 2:14-cv-02139-MWF-VBK, ECF Nos. 2056, 2058. Indeed, although Almont timely appealed the order, the appeal was separately docketed and later dismissed for failure to prosecute. *See Almont Ambulatory Surgery Ctr., LLC v. UnitedHealth Grp., Inc.*, No. 16-55844, ECF No. 122. Nevertheless, we can fairly infer that Almont intended to appeal the Rule 60(b) order, and thus we can construe the notice of appeal in this case as including it. *See Lolli v. County of Orange*, 351 F.3d 410, 414 (9th Cir. 2003) (citing *Montes v. United States*, 37 F.3d 1347, 1351 (9th Cir. 1994)). Doing so would not prejudice UnitedHealth, who briefed the merits of the issue. Consequently, we may exercise jurisdiction over the appeal of the Rule 60(b) order. *See Lolli*, 351 F.3d at 414.

Almont's challenge to the court's denial of the Rule 60(b) motion fails on the merits. Almont's proffered reasons for failing to retain counsel by the court's deadline are contradicted by the record and do not establish excusable neglect as required by Rule 60(b). *See Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1222 (9th Cir. 2000).

Almont next challenges the denial of its motion to disqualify presiding Judge Michael W. Fitzgerald—a decision made by Judge Otis D. Wright II, to whom the motion had been randomly assigned. But Almont's theory—that Judge Fitzgerald had an irreconcilable conflict of interest because (1) his brother, an Assistant United States

27

Attorney for the Central District of California, allegedly supervised a criminal investigation involving Almont's managers and sabotaged Almont's legal representation, and (2) the government was a party to this case—finds no support in the record. As Judge Wright properly found, the U.S. Attorney's Office engaged in no impropriety with respect to Almont's representation. Furthermore, AUSA Fitzgerald did not enter an appearance in this case, and the government was never a party at any stage of the proceedings. Absent any factual support for its motion, Almont has failed to show that disqualification was required under federal law or applicable codes of judicial conduct. *See, e.g.*, 28 U.S.C. § 455; Judicial Conference of the United States, Committee on Codes of Conduct Advisory Op. No. 38. The district court did not abuse its discretion by denying the motion.

Nor did the court abuse its discretion by denying Almont's application to file certain documents in support of its disqualification motion *in camera*. Although the court summarily denied Almont's application, we may "affirm on any basis supported by the record," even where "the district court did not explain its decision." *Allen v. Bedolla*, 787 F.3d 1218, 1222 (9th Cir. 2015); *see also United States v. Morales*, 720 F.3d 1194, 1201 (9th Cir. 2013). Here, *in camera* review of the documents that formed the basis of the disqualification motion would have prevented the employee plan defendants from mounting an effective defense to the motion in violation of their

28

due process rights. *See Yamada v. Nobel Biocare Holding AG*, 825 F.3d 536, 544–46 (9th Cir. 2016). Consistent with the district court's rulings on Almont's previous requests for *in camera* review, the court properly denied Almont's application.

Finally, we reject Almont's challenge to the denial of its Rule 59(e) motion. Almont failed to identify legal error or relevant newly discovered evidence, and its arguments for reconsideration largely repeated the arguments made in support of its unsuccessful Rule 60(b) motion. *See 389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). The court did not abuse its discretion by denying the motion.[1]

**AFFIRMED.**

---

[1] We deny Almont's motion to file certain excerpts of record *in camera* and under seal, filed with this court on March 26, 2018; its motions to supplement the record on appeal and to file certain exhibits *in camera* and under seal, filed August 6, 2018; and its request for judicial notice, filed May 14, 2019.

FILED

JUN 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

*Almont Ambulatory Surgery Center, LLC v. UnitedHealth Group, Inc.*, No. 17-55301

O'SCANNLAIN, Circuit Judge, specially concurring:

I concur in the judgment and in the court's reasoning affirming the denial of Almont's motion for disqualification, application for *in camera* review, and motion for reconsideration.

I respectfully disagree, however, with the conclusion that our court has jurisdiction to review the district court's Rule 60(b) order. In my view, the unique procedural history of this case renders it distinguishable from *Lolli*: Almont's appeal of the Rule 60(b) order was docketed separately from its appeal of the other issues in this case. Because Almont failed to include the Rule 60(b) order in its notices of appeal for *this* case, I would hold that the Rule 60(b) order is not properly before us and decline to review it. *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 859 n.2 (9th Cir. 2011).